UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVEN ALLEN McGEE,

      Movant,

v.                                               CASE NO. 1:08-cv-499

UNITED STATES OF AMERICA,          HON. ROBERT HOLMES BELL

      Respondent.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Movant Steven Allen McGee's motion for order
to show cause why Movant's conviction and sentence should not be vacated, set aside, or
corrected. (Dkt. No. 19.) To the extent Movant's motion asks the Court to order the
government to respond to Movant's § 2255 motion, the Court ordered a response on
September 25, 2009, (Dkt. No. 34), and the government submitted it on January 5, 2010,
(Dkt. No. 41), rendering Movant's motion moot. To the extent Movant's motion seeks
copies of various Court documents, the motion has been addressed and denied. (Dkt. No.
45.) To the extent Movant's motion seeks the production of "missing" exhibits J though U
to Movant's § 2255 motion, those exhibits have been recovered and added to the judicial
record (Dkt. No. 43), rendering Movant's motion moot. To the extent Movant's motion
seeks any other form of relief, Movant has not sufficiently identified the relief he seeks or
the legal basis on which the motion rests. Accordingly,

**IT IS HEREBY ORDERED** that Movant's motion for order to show cause why

Movant's conviction and sentence should not be vacated, set aside, or corrected (Dkt. No.

19) is **DENIED**.


Dated: <u>January 21, 2010</u>                                    <u>/s/ Robert Holmes Bell</u>
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE